FRANCIS J. MULLIGAN, Public Administrator of the County of New York, as Administrator of the Estate of MARGARET CARTER, Deceased, Appellant, *v.* TRAVELERS INSURANCE COMPANY, Respondent.

Argued January 5, 1954; decided March 4, 1954.

*Waldemar J. Dittmar, Joseph T. Arenson* and *Lester C. Gelinas* for appellant.

*William A. Roe* and *Louis P. Galli* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.